IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

    Plaintiff,                    No. 2:09-cv-3307 FCD KJN P

    vs.

K. DICKINSON, et al.,

    Defendants.          <u>ORDER</u>

/

        On July 12, 2010, plaintiff filed a request to enter default judgment. Defendants have not yet been served with process. Accordingly, plaintiff's motion for default is premature. IT IS HEREBY ORDERED that plaintiff's July 12, 2010 request for entry of default judgment is denied without prejudice.

DATED: July 28, 2010

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

mest3307.77

1