IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

    Plaintiff,     No. 2:09-cv-3307 FCD KJN P

  vs.

MILLER and REED,

    Defendants.     <u>ORDER</u>

_____/

    Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Therefore, plaintiff's request for the appointment of counsel is denied.

////

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 27, 2011 request for the appointment of counsel is denied.

DATED: May 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mest3307.31