1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MORRIS MESTER,

11          Plaintiff,                    No. 2:09-cv-3307 KJM KJN P

12       vs.

13   MILLER and REED,

14          Defendants.              ORDER

15   _____/

16          On April 4, 2011, this court issued findings and recommendations recommending

17   that plaintiff's March 28, 2011 motion for preliminary injunction be denied because plaintiff was

18   challenging medical treatment at Pleasant Valley State Prison ("PVSP") in Coalinga, California,

19   and the instant action is proceeding on allegations of retaliation in connection with plaintiff's

20   prison record while he was housed at the California Medical Facility that occurred in 2009 and

21   before.  Plaintiff has subsequently filed multiple motions for injunctive relief concerning his

22   medical treatment at PVSP.  The record reflects plaintiff suffers from myriad medical problems.

23          Defendants in the instant action have received an extension of time in which to

24   oppose plaintiff's request to stay this action in light of plaintiff's wrist injury.  Defendants will be

25   directed to respond to plaintiff's claims that he is not receiving any medical attention at the

26   present time, and that he will suffer imminent harm if not granted relief.

1

1         Accordingly, IT IS HEREBY ORDERED that on or before May 25, 2011,

2  defendants shall respond to plaintiff's claims concerning current medical care contained in

3  plaintiff's May 2, 2011, May 5, 2011, and May 9, 2011 motions for injunctive relief, as well as

4  plaintiff's allegation that he will likely suffer imminent harm if not granted relief.

5  DATED: May 16, 2011

6

7  _____

   KENDALL J. NEWMAN

8     UNITED STATES MAGISTRATE JUDGE

9  mest3307.fb2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26