IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

        Plaintiff,                     No. 2:09-cv-3307 KJM KJN P

    vs.

MILLER and REED,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 13, 2011, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on August 4, 2010 and April 27, 2011. All requests were denied. In light of those orders, and for the reasons stated therein, IT IS HEREBY ORDERED that plaintiff's June 13, 2011 request is denied.

DATED: June 22, 2011

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

mest3307.31.thr