IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

    Plaintiff,                    No. 2:09-cv-3307 FCD KJN P

    vs.

K. DICKINSON, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a prison inmate proceeding, without counsel and in forma pauperis, with a civil rights action. On July 18, 2011, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on August 4, 2010, April 27, 2011 and June 13, 2011. All requests were denied. In light of those orders and for the reasons stated therein, IT IS HEREBY ORDERED that plaintiff's July 18, 2011 request is denied. Plaintiff's opposition to defendants' motion to dismiss or for summary judgment is due on or before August 1, 2011. (Dkt. No. 92.)

DATED: July 22, 2011

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

mest3307.31.thr(2)