1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MORRIS MESTER,

11          Plaintiff,                    No. 2:09-cv-3307 KJM KJN P

12      vs.

13   B. REED,

14          Defendant.                    ORDER

15   _____/

16          Plaintiff is a prisoner who is proceeding in forma pauperis.  Plaintiff seeks relief

17   pursuant to 42 U.S.C. § 1983.  Defendant Reed is the sole remaining defendant.

18          On October 28, 2010, the court ordered the United States Marshal to serve the

19   complaint on defendant.  On February 16, 2011, process directed to defendant Reed was returned

20   unserved because "unable to locate."  The USM-285 form was also marked:

21          11/19/10 Per facility -- not employed
            2/15/11   Per CDCL -- unable to locate
22

23   (Dkt. No. 63.)  Plaintiff must provide additional information to serve this defendant.  Plaintiff

24   shall promptly seek such information through discovery, the California Public Records Act,

25   Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff.  Plaintiff is cautioned

26   that if he is unable to locate defendant Reed, the court may be required to dismiss defendant

1

1  Reed based on untimely service of process.  Fed. R. Civ. P. 4(m).

2            Accordingly, IT IS HEREBY ORDERED that:

3            1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

4  along with an instruction sheet and a copy of the complaint filed August 17, 2009;

5            2.  Within sixty days from the date of this order, plaintiff shall complete and

6  submit the attached Notice of Submission of Documents to the court, with the following

7  documents:

8                 a.  One completed USM-285 form for defendant Reed;

9                 b.  Tow copies of the endorsed complaint filed August 17, 2009; and

10                 c.  One completed summons form (if not previously provided)

11  or show good cause why he cannot provide such information.

12  DATED:  November 7, 2011

13

14

15  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

16  mest3307.8e

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MORRIS MESTER,

11            Plaintiff,                         No. 2:09-cv-3307 KJM KJN P

12       vs.

13   MILLER AND REED,                            NOTICE OF SUBMISSION

14            Defendants.                        OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____        completed summons form

19            __1__         completed USM-285 forms

20            __2__         copies of the _August 27, 2009_____
                                          Complaint
21   DATED:

22

23                                              _____
                                                Plaintiff
24

25

26