IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

      Plaintiff,                     No. 2:09-cv-3307 KJM KJN P

   vs.

K. DICKINSON, et al.,

      Defendants.            <u>ORDER</u>

_____/

       On May 4, 2012, plaintiff filed a document styled, "Opposition to Defendants' Motion to Dismiss." (Dkt. No. 118.) However, plaintiff claims he did not receive a copy of defendant Reed's motion to dismiss. Accordingly, the Clerk of the Court is directed to send plaintiff a copy of defendant Reed's motion, and plaintiff is granted an extension of time in which to file an opposition to the motion. As explained in this court's April 24, 2012 order, failure to file an opposition may result in the dismissal of this action. (Dkt. No. 117.)

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to send plaintiff a copy of defendant Reed's March 12, 2012 motion to dismiss (dkt. no. 116); and

////

////

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition. Defendants' reply, if any, shall be filed within seven days thereafter.

DATED: May 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mest3307.eot